PROB 12C
(7/93)

Report Date: June 4, 2010

## United States District Court

для the

### Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 10 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| Name of Offender: Eddy Gayland Rucker | Case Number: 2:00CR00215-001 |
| Address of Offender: | |

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 11/29/2001

| | | |
|---|---|---|
| Original Offense: | Armed Bank Robbery, 18 U.S.C. § 2113; Conspiracy to Commit Armed Bank Robbery, 18 U.S.C. § 371 | |
| Original Sentence: | Prison - 48 Months; TSR - 60 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Joseph H. Harrington | Date Supervision Commenced: 07/01/2005 |
| Defense Attorney: | Byron G. Powell | Date Supervision Expires: 06/30/2010 |

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number | Nature of Noncompliance

1      **Special Condition # 14**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

         **Supporting Evidence**: Eddy Gayland Rucker failed to report for urine drug testing on May 27, 31, 2010, and June 1, 2010.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/04/2010

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

June 9, 2010
Date