PROB 12C
(7/93)

Report Date: August 27, 2010

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

### for the

AUG 27 2010

### Eastern District of Washington

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Eddy Gayland Rucker            Case Number: 2:00CR00215-001 - KHW

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 11/29/2001

| | | |
|---|---|---|
| Original Offense: | Armed Bank Robbery, 18 U.S.C. § 2113;Conspiracy to Commit Armed Bank Robbery, 18 U.S.C. § 371 | |
| Original Sentence: | Prison - 48 Months; TSR - 60 Months | Type of Supervision:  Supervised Release |
| Asst. U.S. Attorney: | Joseph H. Harrington | Date Supervision Commenced:  7/1/2005 |
| Defense Attorney: | Roger Peven | Date Supervision Expires:  6/30/2010 |

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 6/4/2010 and issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance.<br><br>**Supporting Evidence**: On August 16, 2010, Mr. Rucker surrendered an amount of substance identified as heroin to the U.S. Probation Office.  The substance has been sent to the Washington State Patrol Crime Laboratory for evaluation. |
| 3 | **Special Condition # 14**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: Mr. Rucker tested positive for the use of heroin on June 29, 2010, July 6, 2010, July 20, 2010, and August 8, 2010.  The defendant admitted to treatment personnel regarding his continued heroin use.  Mr. Rucker failed to submit to drug testing on June 1, 2010, June 14, 2010, and July 14, 2010. |

Prob12C
**Re:  Rucker, Eddy Gayland**
**August 27, 2010**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    August 27, 2010

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

## THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[  ]    Other

Signature of Judicial Officer

8/27/10

Date