PROB 12C
(7/93)

Report Date: February 24, 2011

United States District Court

для the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 24 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Eddy Gayland Rucker          Case Number: 2:00CR00215-001

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 11/29/2001

Original Offense:   Armed Bank Robbery, 18 U.S.C. § 2113; Conspiracy to Commit Armed Bank Robbery, 18 U.S.C. § 371

Original Sentence:   Prison - 48 Months; TSR - 60 Months          Type of Supervision:  Supervised Release

Asst. U.S. Attorney:   Joseph H. Harrington          Date Supervision Commenced: 11/15/2010

Defense Attorney:   Kraig Gardner          Date Supervision Expires:  11/14/2011

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 1/24/2011.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #14**: You shall submit to drug testing and/or treatment and to random, warrantless searches of his person and/or property as directed by the United States Probation Office.<br><br>**Supporting Evidence**: Eddy Rucker is considered in violation of his period of supervised release in the Eastern District of Washington by failing to report for random urinalysis testing on February 22, 2011. |
| 4 | **Special Condition # 17:** You shall enter into and successfully complete an approved substance abuse treatment program, which will include inpatient treatment and aftercare. The inpatient treatment facility will determine the length of the treatment. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: Eddy Rucker is considered in violation of his period of supervised release in the Eastern District of Washington by failing to report for substance abuse treatment on February 23, 2011.

The defendant was scheduled for substance abuse treatment at First Step Counseling Services on February 23, 2011. He had made prior arrangements to attend the noon meeting as he was scheduled to work in the evening. The defendant called at 5:34 p.m. and left a message stating he had overslept and missed the noon meeting. He also noted he would not be able to make the evening group as he had to work.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/24/2011

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ]   Other

Signature of Judicial Officer

2/24/11

Date