PROB 12C
(7/93)

Report Date: April 11, 2011

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 11 2011

JAMES R LARSEN, CLERK
DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Eddy Gayland Rucker　　Case Number: 2:00CR00215-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 11/29/2001

| | | |
|---|---|---|
| Original Offense: | Armed Bank Robbery, 18 U.S.C. § 2113;Conspiracy to Commit Armed Bank Robbery, 18 U.S.C. § 371 | |
| Original Sentence: | Prison - 48 Months; TSR - 60 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Joseph H. Harrington | Date Supervision Commenced: 11/15/2010 |
| Defense Attorney: | Kraig Gardner | Date Supervision Expires: 11/14/2011 |

## PETITIONING THE COURT

**To issue a bench warrant and incorporate the violations contained in this petition with the violations previously reported to the Court on 1/24/2011 and 2/24/2011.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | Special Condition # 14: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance. |

Supporting Evidence: Eddy Rucker is considered in violation of his period of supervised release in the Eastern District of Washington by using a controlled substance, heroin, on or prior to March 16 and 31, 2011, and April 5, 2011.

On March 16, 2011, the defendant reported for a random urinalysis test at First Step Counseling Services. This sample returned presumptive positive for the presence of heroin. The sample was sent to Alere Toxicology Services for confirmation and was confirmed positive. The defendant later admitted to this officer he had used heroin.

On March 31, 2011, the defendant reported to the Richland probation office and admitted to using heroin. A urinalysis sample was collected which returned presumptive positive for the presence of heroin and was forwarded for confirmation. The defendant signed an admission

form noting he had used heroin.

On April 5, 2011, the defendant reported to First Step Counseling Services and supplied a urine sample for testing. The sample returned presumptive positive for the presence of heroin. The defendant admitted to using heroin.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/11/2011

s/David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

4/11/11

Date